UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------x
ESLIMERARI RAMOS, on behalf of
herself and all others similarly situated,,    Civil Action No:
                                                1:24-cv-1741
                    Plaintiff,

-v.-

TIMELESS ENTERPRISES, LTD.,

                    Defendants.
------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Timeless Enterprises, LTD, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 14, 2024

| For Plaintiff Eslimerari Ramos | For Defendant TimelessEnterprises, LTD |
|---|---|
| _s/Yaakov Saks_____<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>ysaks@steinsakslegal.com | _s/Ryan T. Benson_____<br>Ryan T. Benson<br>O'Hagan Meyer, LLC<br>One East Wacker Drive Suite 3400<br>Chicago, IL 60601<br>Ph:  (312) 422-6100<br>rbenson@ohaganmeyer.com |

1

## CERTIFICATE OF SERVICE

I certify that on August 14, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Yaakov Saks*
                                                Yaakov Saks
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                *Attorneys for Plaintiff*